Waiver of Indictment                                          Cr. Form No. 18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE ERNESTO RODRÍGUEZ-BONANO,<br>Defendant. | Criminal No. 08-203 (cc) |

*RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR 2008 MAY 27 PM 2:42*

## WAIVER OF INDICTMENT

**JOSE ERNESTO RODRÍGUEZ-BONANO**, ("Defendant"), is accused of two counts of aiding and abetting other persons, in knowingly causing to be delivered by the mail according to the direction thereon, or at any place which it is directed to be delivered by the person to whom it is addressed, firearms declared nonmailable, as defined in Title 18, United States Code, section 1715. All in violation of Title 18, United States Code sections 1715 and 2.

Defendant, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by Information instead of by indictment.

x _[signature]_
**JOSE ERNESTO RODRÍGUEZ-BONANO**
Defendant.

_[signature]_
Witness.

_[signature]_
**Hector L. Ramos-Vega, Assistant Federal Public Defender**
Counsel for Defendant.

Date: 5/27/08